THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY P. TUTHILL, as County Treasurer of Suffolk County, Respondent, *v.* RILEY P. HOWELL, as Supervisor of the Town of Brookhaven, Appellant.

*People ex rel. Tuthill* v. *Howell*, 178 App. Div. 904, affirmed.

(Argued January 8, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 19, 1917, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to pay to relator the sum of $16,581.92. The defendant, as supervisor of the town of Brookhaven, received from his immediate predecessor in office, as part of the funds held in his official capacity,

the sum of $16,581.92, which the latter received in turn from the collector of the town as part of the taxes of 1913. The collector in turn had received this sum from the taxpayers of the town under and by virtue of the tax warrant and tax roll of 1913. The tax warrant and tax roll in question commanded and authorized the collector to levy and collect from the taxable inhabitants and property of the town of Brookhaven, among other items, this sum for the purpose of liquidating the amount charged to and due from the town to the county for that part of the deficit of county revenues of 1913 due from the town of Brookhaven on account of unpaid and uncollectible returned taxes on the tax roll of said town for the year 1912.

*John R. Vunk* for appellant.
*Percy L. Housel* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.